**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1071**

AARON HOLSEY,

　　　　　Plaintiff - Appellant,

　　　　v.

SUNTRUST BANK, INCORPORATED; KOONS FORD OF BALTIMORE,
INCORPORATED; JAMES E. KOONS, individually and as President
of Koons Ford Inc.; WILLIAM R. HAGEN, individually and as
Vice President for SunTrust Bank, Inc.; JOHNNY HARBUCK,
individually and as Director of Consumer Lending Services;
WENDY LINTON, individually and as general Sales Manager for
Koons Ford; GOLDIE CAMPBELL, individually and as Business
Manager for Koons Ford; PHIL CRUMP, individually and as
Sales Consultant for Koons Ford,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.　William M. Nickerson, Senior District
Judge.　(1:09-cv-01717-WMN)

Submitted:　March 31, 2010　　　　Decided:　April 28, 2010

Before SHEDD, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aaron Holsey, Appellant Pro Se.　Bradford Scott Bernstein, MILES
& STOCKBRIDGE, Rockville, Maryland; Brian M. Boyle, NEUBERGER,

QUINN, GIELEN, RUBIN & GIBBER, PA, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Holsey appeals the district court's orders dismissing this action and denying Holsey's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Holsey v. SunTrust Bank, Inc., No. 1:09-cv-01717-WMN (D. Md. Dec. 16, 2009 & Jan. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3